```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    WESTERN DIVISION
```

JOHNNY JOE WALKER

v.                                  NO. 4:04CV00702 SWW

THURMAN KIETH LUNSFORD

## ORDER OF DISMISSAL

Upon plaintiff's motion to dismiss this action with prejudice pursuant to settlement,

IT IS THEREFORE ORDERED that the above-entitled action is hereby dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE